### 13375. CARSWELL v. THE STATE.

LUKE, J. A direct bill of exceptions will not lie to a judgment overruling a plea in abatement in a criminal case. This is true although the necessary effect of a judgment sustaining the plea would be to entitle the defendant to a judgment dismissing the prosecution. See, in this connection, *English* v. *Rosenkrantz,* 150 *Ga.* 745 (105 S.

E. 292), and citations; *Bashinski* v. *State*, 123 *Ga.* 508 (2), 510 (51 S. E. 499). The writ of error in this case must be

*Dismissed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JUNE 13, 1922.

Conviction of stabbing; from city court of Americus — Judge Harper. February 1, 1922.

*J. A. Hixon,* for plaintiff in error.

*T. O. Marshall, solicitor pro tem., Shipp & Sheppard,* contra.